DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANDITA ROSS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-1805

[October 11, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Dennis D. Bailey, Judge; L.T. Case No. 16-11834CF10A.

Carey Haughwout, Public Defender, and Ian Seldin, Assistant Public Defender, West Palm Beach, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

WARNER, LEVINE and CONNER, JJ., concur.

*        *        *

*Not final until disposition of timely filed motion for rehearing.*